### IVEY v. HARRIS.

PER CURIAM. No error of law is complained of, and the evidence author-
ized the verdict.

   *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                        FEBRUARY 20, 1915.

   Complaint for land. Before Judge Walker. Taliaferro superior
court. August 25, 1913.

   *Hawes Cloud* and *E. P. Davis,* for plaintiff.
   *Samuel H. Sibley,* for defendant.

---

### ADAMS v. MATHEWS.

PER CURIAM. This case falls within the principles announced in *Lyons* v.
   *Bass,* 108 *Ga.* 573, and is controlled by the rulings therein made.

   *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                        FEBRUARY 20, 1915.

   Equitable petition. Before Judge Meadow. Elbert superior
court. September 9, 1913.

   *Z. B. Rogers* and *Cobb & Erwin,* for plaintiff.
   *George C. Grogan,* for defendant.